UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     *

VS.                          *   Case No. 21-699 (JDB)

ELIANDE TUNIS                *

**ORDER**

Upon consideration of Defendant Eliande Tunis' *Motion In Limine*, it is this _____ day of _____, 2023;

ORDERED that the motion is GRANTED.

_____
HON. JOHN D. BATES
United States District Court for
the District of Columbia